UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD L. BROWN on his own behalf and
others similarly situated,

                Plaintiff,

-vs-                                                    Case No.  2:08-cv-810-FtM-29SPC

ACOSTA, INC. a Florida corporation,

                Defendant.
_____

# REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

       This matter comes before the Court on the Joint Motion to Approve Settlement Agreement and Dismiss With Prejudice (Doc. #23) filed on November 17, 2009.

       This case was brought under the Fair Labor Standards Act (FLSA) 29 U.S.C. § 201 *et. seq*. The Parties have reached a settlement agreement and seek court approval of that agreement.  In <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1352-1355 (11th Cir. 1982),  the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness."  In the Joint Motion for Approval submitted by the Parties, (Doc. # 20), the Parties provide that a settlement of a bona fide good faith dispute was negotiated and is deemed fair and reasonable.  " In the Joint Motion for Approval submitted by the Parties, (Doc. # 27), the Parties represent that a settlement has been reached in a bona fide good faith dispute and is deemed fair and reasonable.  The compromise of the

original claim reached between the parties including attorney's fees and costs is to be distributed as outlined below.

The parties have agreed to a settlement amount of $22,000.00 and agree that this amount fairly and adequately compensates the Plaintiff. The Plaintiff, Richard Brown, is to receive $6,000.00 in unpaid overtime wages and $6,000.00 in liquidated damages, as a fair and reasonable settlement of his claim. The total amount received by the Plaintiff is $12,000.00. The parties further agreed that the Plaintiff's reasonable attorneys fees and costs to be paid to Plaintiff's Counsel is in the amount of $10,000.00. Pursuant to the agreement between the parties, the Court respectfully recommends that the Plaintiff's Counsel's fees and costs are reasonable.

Accordingly, it is now

**RESPECTFULLY RECOMMENDED:**

The Joint Motion to Approve Settlement Agreement and Dismiss With Prejudice (Doc. #23) should be **GRANTED** and the settlement agreement should be **APPROVED** by the District Court. It is further respectfully recommended the case should be **DISMISSED with Prejudice** pursuant to the agreement of the Parties and the Clerk should be directed to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**Respectfully recommended** at Fort Myers, Florida, this  30th  day of November, 2009.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record